Certificate Number: 12433-PAE-DE-033042996

Bankruptcy Case Number: 19-13285



12433-PAE-DE-033042996

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 29, 2019, at 7:22 o'clock PM EDT, Eugenia L. McCaskill completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   June 30, 2019                    By:   /s/Lance Brechbill

                                         Name: Lance Brechbill

                                         Title: Teacher