# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Eugenia L. McCaskill aka Genie McCaskill aka Eugenia Wilson<br><br>             Debtor(s) | CHAPTER 13 |
| Toyota Motor Credit Corporation, its successors and/or assigns<br><br>             Movant<br>     vs. | NO. 19-13285 ELF |
| Eugenia L. McCaskill aka Genie McCaskill aka Eugenia Wilson<br><br>             Debtor(s) | |
| William C. Miller Esq.<br><br>             Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection to Confirmation of Toyota Motor Credit Corporation, which was filed with the Court on or about **June 11, 2019: Docket #14**.

                                                            Respectfully submitted,

                                                            **/s/ Rebecca A. Solarz, Esquire**
                                                            Rebecca A. Solarz, Esquire
                                                            KML Law Group, P.C.
                                                            BNY Mellon Independence Center
                                                            701 Market Street, Suite 5000
                                                            Philadelphia, PA  19106
                                                            412-430-3594

July 2, 2019