# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Eugenia L. McCaskill aka Genie McCaskill aka Eugenia Wilson<br>           Debtor(s) | CHAPTER 13 |
| Toyota Motor Credit Corporation<br>           Movant<br>     vs. | NO. 19-13285 ELF |
| Eugenia L. McCaskill aka Genie McCaskill aka Eugenia Wilson<br>           Debtor(s) | 11 U.S.C. Section 362 |
| William C. Miller Esq.<br>           Trustee | |

## ORDER TERMINATING AUTOMATIC STAY

Upon consideration of the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, and there being no response thereto, it is hereby

**ORDERED**, that the automatic stay is hereby **MODIFIED** under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2014 TOYOTA RAV4 , VIN:2T3RFREV3EW176266 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Date:  8/6/19

_____

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**