# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                                                            Chapter 13

                                                                            Bankruptcy No. 19-13285-ELF

       EUGENIA L MCCASKILL

       119 LINCOLN AVENUE

       LANSDOWNE, PA 19050-

            Debtor

## **CERTIFICATE OF SERVICE**

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

      EUGENIA L MCCASKILL

      119 LINCOLN AVENUE

      LANSDOWNE, PA 19050-

Counsel for debtor(s), by electronic notice only.

      DAVID OFFEN ESQUIRE
      601 WALNUT ST., SUITE 160 WEST

      PHILADELPHIA, PA 19106-

Date: 6/29/2020

                                                     /S/ William C. Miller
                                                     _____

                                                   William C. Miller, Esquire
                                                 Chapter 13 Standing Trustee