**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>EUGENIA L MCCASKILL<br><br>Deutsche Bank National Trust Company, as Trustee for GSAMP Trust 2006-FM2, Mortgage Pass-Through Certificates, Series 2006-FM2,<br>　　Movant<br><br>vs.<br><br>EUGENIA L MCCASKILL,<br>　　Debtor | Case No. 19-13285-elf<br>Chapter 13 |

**NOTICE OF MORTGAGE FORBEARANCE DUE TO THE COVID-19 PANDEMIC**

　　NOW COMES Creditor, Deutsche Bank National Trust Company, as Trustee for GSAMP Trust 2006-FM2, Mortgage Pass-Through Certificates, Series 2006-FM2 ("CREDITOR"), by and through undersigned counsel, and hereby submits Notice to the Court of the forbearance offer with respect to Creditor's residential mortgage claim which is identified on the Court's claim register as Claim No. 26-1 (the "Claim").

　　The Claim is eligible for a forbearance period based upon the Debtor(s) material financial hardship caused by the COVID-19 pandemic.  As a result, the Debtor(s) shall not be required to tender mortgage payments to Creditor that would come due on the Claim starting March 8, 2021 through June 6, 2021.

　　Creditor, at this time, does not waive any rights to collect the payments that come due during this forbearance period.

　　Debtor(s) will resume Mortgage payments beginning July 1, 2021 and will be required to cure the delinquency created by the forbearance period (hereinafter "forbearance arrears").

　　Prior to the expiration of the forbearance period, Debtor(s) must either (1) request additional forbearance time under Local Rule, State or Federal Law; (2) enter inter loss mitigation with Creditor; or (3) file an Amended Chapter 13 Plan which cures the arrears resulting from the forbearance period over the remainder of the Chapter 13 Plan.

20-12519 BKOBJ01

      Creditor does not waive its rights under the terms of the note and mortgage or under other applicable non-bankruptcy laws and regulations, including, but not limited to, RESPA, and the right to collect on any post-petition escrow shortage.

                                                         Respectfully Submitted,

                                                */s/ Andrew Spivack*
                                                Andrew Spivack (Bar No. 84439)
                                                Attorney for Creditor
                                                BROCK & SCOTT, PLLC
                                                302 Fellowship Road, Suite 130
                                                Mount Laurel, NJ 08054
                                                Telephone:  844-856-6646 x3017
                                                Facsimile:  704-369-0760
                                                E-Mail:  PABKR@brockandscott.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>EUGENIA L MCCASKILL<br><br>Deutsche Bank National Trust Company, as Trustee for GSAMP Trust 2006-FM2, Mortgage Pass-Through Certificates, Series 2006-FM2,<br>      Movant<br><br>vs.<br><br>EUGENIA L MCCASKILL,<br>      Debtor | Case No. 19-13285-elf<br>Chapter 13 |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing Notice of Mortgage Forbearance Due to The Covid-19 Pandemic has been electronically served or mailed, postage prepaid on June 10, 2021 to the following:

EUGENIA L MCCASKILL
119 LINCOLN AVENUE
LANSDOWNE, PA 19050

David M. Offen, Debtor's Attorney
The Curtis Center
601 Walnut Street, Suite 160 West
Philadelphia, PA 19106

William C. Miller, Bankruptcy Trustee
Chapter 13 Trustee
PO Box 1229
Philadelphia, PA 19105

20-12519 BKOBJ01

United States Trustee, US Trustee
Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

                                          */s/ Andrew Spivack*
                                          Andrew Spivack (Bar No. 84439)
                                          Attorney for Creditor
                                          BROCK & SCOTT, PLLC
                                          302 Fellowship Road, Suite 130
                                          Mount Laurel, NJ 08054
                                          Telephone:  844-856-6646 x3017
                                          Facsimile:  704-369-0760
                                          E-Mail:  PABKR@brockandscott.com

20-12519 BKOBJ01