United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 19-13285-elf

Eugenia L McCaskill                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                         User: admin                                              Page 1 of 3

Date Rcvd: Jun 29, 2021                  Form ID: pdf900                                    Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eugenia L McCaskill, 119 Lincoln Avenue, Lansdowne, PA 19050-2932 |
| 14357903 | | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 14328282 | + | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 14480624 | | DEUTSCHE BANK NATIONAL TRUST COMPANY, et.al., PHH MORTGAGE CORPORATION, BANKRUPTCY DEPARTMENT, P.O. BOX 24605, WEST PALM BEACH FL 33416-4605 |
| 14364419 | + | DEUTSCHE BANK NATIONAL TRUST COMPANY, et.al., PHH MORTGAGE CORPORATION, 1 MORTGAGE WAY, MAIL STOP SV-22, MT. LAUREL NJ 08054-4637 |
| 14565815 | + | Deusche Bank National Trust Co., c/o Andrew Spivack, Brock and Scott, PLLC, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14339412 | | Deutsche Bank National Trust Company, et.al, c/o Thomas Song, Esquire, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14328283 | + | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14328284 | + | Fred Washington, 12 N. 54th Street, Philadelphia, PA 19139-2614 |
| 14328292 | + | Ocwen Loan Servicing, Attn: Research/Bankruptcy, 1661 Worthington Rd Ste 100, West Palm Beach, FL 33409-6493 |
| 14328294 | | PHH Mortgage Services, 3000 Leadenhall Road, Mount Laurel, NJ 08054 |
| 14328293 | + | Pennsylvania Dept. of Labor & Industry, Office of Unemployment Compensation, 651 Boas Street, Room 614, Harrisburg, PA 17121-0725 |
| 14328304 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52409 |
| 14421538 | | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14337527 | + | Toyota Motor Credit Corporation, c/o Rebecca A. Solarz, Esquire, KML Law Group, P.C., 701 Market Street,Suite 5000, Phila., PA 19106-1541 |
| 14328305 | + | Trident Asset Management, Attn: Bankruptcy, Po Box 888424, Atlanta, GA 30356-0424 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 29 2021 23:58:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 29 2021 23:58:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jun 30 2021 00:06:56 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14328285 | | Email/Text: bankruptcy@glsllc.com | Jun 29 2021 23:58:00 | Global Lending Services, P.O. Box 935538, Atlanta, GA 31193-5538 |
| 14345796 | | Email/Text: bankruptcy@glsllc.com | Jun 29 2021 23:58:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29603 |
| 14328286 | + | Email/Text: bankruptcy@greenskycredit.com | Jun 29 2021 23:58:00 | Greensky, LLC, 1797 North East Expressway, Suite 100, Atlanta, GA 30329-2451 |
| 14328287 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 29 2021 23:58:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

District/off: 0313-2                          User: admin                                    Page 2 of 3
Date Rcvd: Jun 29, 2021                       Form ID: pdf900                         Total Noticed: 38

| 14328288 | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 29 2021 23:58:00 | Jefferson Capital Systems, LLC, PO Box 7999, Saint Cloud, MN 56302-9617 |
|---|---|---|---|
| 14336026 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 30 2021 00:06:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14335967 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 30 2021 00:06:44 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14328289 | + Email/Text: bankruptcy@sccompanies.com | Jun 29 2021 23:58:00 | Massey's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14328290 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 29 2021 23:58:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14328295 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 30 2021 00:06:56 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14340920 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 29 2021 23:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14351284 | + Email/Text: JCAP_BNC_Notices@jcap.com | Jun 29 2021 23:58:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14328301 | Email/Text: bnc-quantum@quantum3group.com | Jun 29 2021 23:58:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14361219 | Email/Text: bnc-quantum@quantum3group.com | Jun 29 2021 23:58:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14361222 | Email/Text: bnc-quantum@quantum3group.com | Jun 29 2021 23:58:43 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14328303 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 30 2021 00:06:53 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14328302 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 30 2021 00:06:52 | Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14361230 | + Email/Text: bncmail@w-legal.com | Jun 29 2021 23:58:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14330232 | + Email/PDF: gecsedi@recoverycorp.com | Jun 30 2021 00:06:56 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14328291 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14328296 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14328297 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14328298 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14328299 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14328300 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2021                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Deutsche Bank National Trust Company  As Trustee Et.Al andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY et.al andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for GSAMP Trust 2006-FM2, Mortgage Pass-Through Certificates, Series 2006-FM2 andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| DAVID M. OFFEN | on behalf of Debtor Eugenia L McCaskill dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| JEROME B. BLANK | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY et.al paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor Deutsche Bank National Trust Company  As Trustee Et.Al paeb@fedphe.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| THOMAS YOUNG.HAE SONG | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY et.al paeb@fedphe.com |
| THOMAS YOUNG.HAE SONG | on behalf of Creditor Deutsche Bank National Trust Company  As Trustee Et.Al paeb@fedphe.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 11

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                    Chapter 13
EUGENIA L MCCASKILL


                     Debtor                    Bankruptcy No. 19-13285-ELF


# <u>O R D E R</u>

　　**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing

Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage

orders previously entered are **VACATED**.



Date:  June 29, 2021
_____
　　　　　　　　　Honorable Eric L. Frank
　　　　　　　　　Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-


Debtor:
EUGENIA L MCCASKILL

119 LINCOLN AVENUE

LANSDOWNE, PA 19050-